IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00537-CMA-CBS

MARY RAMIREZ,

    Plaintiff,

v.

ALLIED INTERSTATE LLC, A MINNESOTA LIMITED LIABILITY COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7) filed by the Plaintiff, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  April __05__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge